**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**KEITH HENDERSON** a/k/a
Alan Keith Henderson,

      **Petitioner,**

**v.**                                   **Case No.  5:25-cv-216-TKW-ZCB**

**SECRETARY DOC, STATE OF**
**FLORIDA,**

      **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 25).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the §2254 habeas petition was untimely.  Accordingly, it is

    **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Respondent's motion to dismiss (Doc. 20) as supplemented (Doc. 23) is GRANTED.

3.    Petitioner's §2254 habeas petition is DISMISSED with prejudice because it was not timely filed.

4.    A certificate of appealability is DENIED.

5.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 18th day of May, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**